ACCEPTED
06-15-00042-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 1:15:47 PM
DEBBIE AUTREY
CLERK

**No. 14-F-0098-102**
**14-F-0133-102**
**14-F-0179-102**
**14-F-0180-102**
**14-F-0252-102**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 1:15:47 PM
DEBBIE AUTREY
Clerk

| | | | |
|---|---|---|---|
| STATE OF TEXAS, | | § | IN THE 102ND DISTRICT |
| | *Plaintiff* | § | |
| | | § | |
| VS. | | § | COURT OF |
| | | § | |
| RICHARD DARBY, III, | | § | |
| | *Defendant* | § | BOWIE COUNTY, TEXAS |

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.2, Defendant, Richard Darby, III, gives notice of his desire to appeal from the Judgment and resulting sentence (and all orders leading thereto) on February 20, 2015, in cause numbers 14-F-0098-102, 14-F-0133-102, 14-F-0179-102 14-F-0180-102, and 14-F-0252-102, *The State of Texas v. Richard Darby, III*, in the 102nd District Court of Bowie County, Texas to the Sixth District Court of Appeals in Texarkana, Texas.

The trial court judge has certified his right appeal. *See* TEX. R. APP. P. 25.2(a)(2).

Respectfully Submitted,

***Miller, James, Miller & Hornsby, L.L.P.***

By: _____
    Troy Hornsby
    Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorney for Defendant/Appellant
Richard Darby, III

CERTIFICATE OF SERVICE

This is to certify that on February 24, 2015 a true and correct copy of the above and foregoing *Defendant's Notice of Appeal* has been forwarded by U.S. mail on all counsel of record and other interested parties listed below:.

**Appellant**
Richard Darby, III
Bowie County Correctional Center
105 N. State Line Ave.
Bi-State Justice Building
Texarkana, Texas 75501

**Trial Court Judge**
Honorable Bobby Lockhart
102nd District Judge
Bi-State Justice Building
100 North State Line Avenue
Texarkana, Texas 75501

**State's Attorney**
Samantha Oglesby
Bowie County Dist. Attorney's Office
601 Main Street
Texarkana, Texas 75501

**Defendant's Trial Attorney**
Will Williams
Bowie Co. Public Defender's Off.
424 W. Broad Street
Texarkana, Texas 755013

**Clerk of 6th District Court of Appeals**
Ms. Debbie Autrey
Clerk, Sixth District Court of Appeals
Bi-State Justice Building
100 N. Stateline Ave.
Texarkana, Texas 75501

Troy Hornsby